# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America

vs.

Jose Mendez-Ruiz

CRIMINAL COMPLAINT
CASE: 17-26047MP
Citizenship: GUATEMALA

I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about August 12, 2017, at or near Lukeville, Arizona, in the District of Arizona, Jose MENDEZ-Ruiz, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1), a petty misdemeanor.

On or about August 13, 2017, agents found Jose MENDEZ-Ruiz in the United States of America at or near Lukeville, Arizona without the proper immigration documents. Furthermore, Jose MENDEZ-Ruiz admitted to illegally entering the United States of America from Mexico on or about August 12, 2017, at or near Lukeville, Arizona at a time and place other than designated by immigration officials.

File Date: 08/14/2017

at Tucson, Arizona

John OConnor, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 08/14/2017

**Bruce G. Macdonald**
**United States Magistrate Judge**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**

**MAGISTRATE JUDGE'S MINUTES**

Date: 08/14/2017 Case Number: 17-26047MP

USA vs. Jose Mendez-Ruiz
U.S. MAGISTRATE JUDGE: BRUCE G. MACDONALD Judge AO Code: 70BY
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Clark Feaster, Spanish
Attorney for Defendant: Raul Miranda (CJA)

PROCEEDINGS: [X] STATUS HEARING/ATTORNEY APPOINTMENT HEARING
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be Same
[X] Petty Offense [X] Date of Arrest: 08/13/2017

OTHER: Raul Miranda (CJA) is appointed as attorney of record for defendant. Upon Oral Motion of the Government to Dismiss the Complaint, IT IS ORDERED, Governments Motion to Dismiss is GRANTED and the Complaint is DISMISSED Without Prejudice. (Restraint Level 0)

Recorded by Courtsmart Status Hrg: 1
BY: Beth Harper Atty Appt: 0
Deputy Clerk
Start: 1:35 PM Stop: 1:45 PM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Jose Mendez-Ruiz,<br><br>Defendant. | 17-26047MP<br><br>**ORDER** |

The United States has orally moved to dismiss the Complaint against the defendant, Jose Mendez-Ruiz. IT IS ORDERED that this motion is GRANTED and the Complaint is DISMISSED Without Prejudice.

DATED: Monday, August 14, 2017.

Bruce G. Macdonald
United States Magistrate Judge

Arresting Agency: TCA